UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS M. WILMORE, JR.,

    Plaintiff,

Case No. 12-14532

v.

Hon. Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

Magistrate Judge R. Steven Whalen

    Defendant.

_____/

## **JUDGMENT**

    Plaintiff Louis M. Wilmore, Jr. brought this action to challenge a final decision of Defendant Commissioner of Social Security denying Plaintiff's Title II application for a period of disability and disability insurance benefits. The parties filed cross motions for summary judgment and in an Opinion and Order entered on this date, the Court granted Plaintiff's motion in part, denied Plaintiff's motion in part, granted Defendant's motion in part, and denied Defendant's motion. The Court concluded that the decision of the Commissioner must be reversed and the matter remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Accordingly,

**IT IS ORDERED** that the decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Court's Opinion and Order.

Date:  January 29, 2014

                                                <u>s/PATRICK J. DUGGAN</u>
                                                UNITED STATES DISTRICT JUDGE

Copies to:

**Norton J. Cohen, Esq.**
**Allen Duarte, Esq.**
**Judith E. Levy, AUSA**
**Magistrate Judge R. Steven Whalen**